JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | CV 20-01445 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COFFEE COFFEE LA LLC, | |
| Defendant. | |

Pursuant to the Court's April 27, 2020 Order dismissing plaintiff Chris Langer's Complaint pursuant to Federal Rule of Civil Procedure 41,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 27, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE